UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TRISH LEE McCLOUD, by and through her legal guardian, Candy L. Hall,<br><br>    Plaintiff,<br><br>vs.<br><br>GOODYEAR DUNLOP TIRES NORTH AMERICA, LTD. and THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>    Defendants.<br>-------------------------------------------------------<br>WILLIAM BOOKER,<br><br>    Plaintiff<br><br>vs.<br><br>GOODYEAR DUNLOP TIRES NORTH AMERICA LTD. and THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>    Defendants.<br>-------------------------------------------------------<br>GOODYEAR DUNLOP TIRES NORTH AMERICA, LTD., and THE GOOD YEAR TIRE & RUBBER COMPANY,<br><br>    Counter-Plaintiffs,<br><br>vs.<br><br>WILLIAM BOOKER,<br><br>    Counter-Defendant.<br>------------------------------------------------------- | Case No. 04-1118<br>Division: Peoria<br>Judge McDade<br>Magistrate Judge Gorman<br><br><br><br><br><br>Consolidated with<br><br><br>Case No. 04-1159<br>Division: Peoria<br>Judge McDade<br>Magistrate Judge Gorman |

**PLAINTIFF WILLIAM BOOKER'S MOTION TO DISMISS
PURSUANT TO RULE 41(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

NOW COMES plaintiff William Booker and moves to voluntarily dismiss his claim in the above-captioned action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: June 19, 2007                          s/Michael D. Marrs, #P25117
                                                           Attorney for Plaintiff William Booker
                                                           MICHAEL D. MARRS, P.C.
                                                           5709 Red Arrow Highway
                                                           Stevensville, MI   49127
                                                           Telephone: (269) 429-6400
                                                           Facsimile: (269) 429-6490
                                                           E-mail: mmarrslaw@aol.com