**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| TRISH LEE McCLOUD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 04-1118 |
| GOODYEAR DUNLOP TIRES NORTH AMERICA, LTD., et al, | ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ------------------------------ | ) | |
| | ) | |
| WILLIAM BOOKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1159 |
| | ) | |
| GOODYEAR DUNLOP TIRES NORTH AMERICA, LTD., et al, | ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is Plaintiff, William Booker's, Motion to Dismiss. [Doc. 219.]  Plaintiff moves to voluntarily dismiss his claim.  While the Defendant has not stipulated to the dismissal of Plaintiff's dismissal, the time for responding to Plaintiff Motion has elapsed.  All counter-claims against Plaintiff have been dismissed.  Accordingly, because there is not a case or controversy between the parties and Defendants have not

2

responded to Plaintiff's Motion, Plaintiff's Motion (Doc. 219) is GRANTED.

The Clerk is directed to TERMINATE the case consolidated with the present action (Booker v. Goodyear, Case No. 04-1159).

ENTERED this __10th__ day of July, 2007.

___s/Joe Billy McDade_____
Joe Billy McDade
United States District Judge
