E-FILED
Thursday, 12 July, 2007  11:28:49 AM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED
JUL 1 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**WILLIAM BOOKER**

**Plaintiff**

vs.

**GOODYEAR DUNLOP TIRES NORTH AMERICA LTD; THE GOODYEAR TIRE & RUBBER COMPANY;**    **Defendants**

and

**GOODYEAR DUNLOP TIRES NORTH AMERICA LTD; and THE GOODYEAR TIRE & RUBBER COMPANY**
**Counter Plaintiffs**

vs

**WILLIAM BOOKER**    **Counter Defendant**

Case Number:  04-1159

**DECISION BY THE COURT**. These actions came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Defendants have not responded to Plaintiff's Motion to Dismiss, Plaintiff's Motion is granted. All counter - claims against plaintiff have been dismissed. Case terminated.

ENTER this 10th day of July, 2007



JOHN M. WATERS, CLERK

s/C. Lambie
BY:  DEPUTY CLERK

04-1118&1159.wpd